139 So. 913

**James Virgil COWART, alias, etc., v. STATE.**

**8 Div. 411.**

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Appeal dismissed.

150 So. 922

**Gertrude COWLES, etc., v. C. J. GAYFER & CO.**

**I Div. 132.**

Court of Appeals of Alabama.
Nov. 16, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 913

**Turner COX v. CITY OF PIEDMONT.**

**7 Div. 862.**

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

139 So. 913

**Turner COX v. CITY OF PIEDMONT.**

**7 Div. 861.**

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Appeal dismissed.

150 So. 923

**Nathaniel CRAIG v. STATE.**

**7 Div. 40.**

Court of Appeals of Alabama.
Oct. 31, 1933.

PER CURIAM.
Appeal dismissed on motion of appellant.

145 So. 917

**Willie CRAWFORD v. STATE.**

**6 Div. 294.**

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Appeal dismissed.